**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia

Atlanta Division

In Re: Debtor(s)
**Jacky Gilles Duchamp**
115 West Peachtree Place NW
Unit #707
Atlanta, GA 30313

xxx−xx−4069

Case No.: **15−68846−sms**
Chapter: **13**
Judge: **Sage M. Sigler**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated: November 19, 2020

_____
Sage M. Sigler
United States Bankruptcy Judge

Form 133a