UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: JACKY GILLES DUCHAMP, | } | CHAPTER 13 |
| | } | |
| DEBTOR. | } | CASE NO. A15-68846SMS |
| | } | |
| | } | JUDGE SIGLER |

**AMENDED[1] ORDER**

  The above matter came before the Court on the Chapter 13 Trustee's Petition for Payment of Unclaimed Funds. As it appears to the Court that the Trustee had remitted $730.00 to the Registry of the Court on April 22, 2021 and that these funds should now be returned to the Trustee for disbursement to the Debtor, it is hereby ordered and adjudged as follows.

  The Clerk of Court is directed to issue a check in the amount of $730.00 made payable to:

    Mary Ida Townson
    c/o N. Whaley, Interim Chapter 13 Trustee
    285 Peachtree Center Ave., NE
    Suite 1600
    Atlanta, Georgia 30303

It is so Ordered, this 18th day of August, 2021

          _____
          SAGE M. SIGLER
          UNITED STATES BANKRUPTCY JUDGE

---

[1] This Amended Order replaces the prior order entered on August 4, 2021 (Docket No. 54) to reflect the terminated trustee and the interim trustee.

Order presented by:
_____/s/_____
N. Whaley
Interim Chapter 13 Trustee
GA Bar 377941
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303-1740
(404)525-1110
nancyw@atlch13tt.com

## DISTRIBUTION LIST

Jacky Gilles Duchamp
13500 Lyndhurst Street, Apt 4094
Austin, TX 78717

U.S. Attorney's Office
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339

N. Whaley, Interim Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303